# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.  4:02cr49-RH/WCS
    4:04cv412-RH/WCS

JOHNNY WINBUSH, JR.,

     Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 37) and the objections thereto (document 38).  I have reviewed *de novo* the issues raised by the objections.

The report and recommendation notes that a mental health evaluation submitted by defendant appears on its face to have been altered.  By copy of this order, this circumstance is called to the attention of the United States Attorney for such further consideration, if any, as he deems appropriate.

Regardless of whether the evaluation was altered, it is clear that the instant motion under 28 U.S.C. §2255 was not filed within the one year limitations period.  Accordingly,

*Page 2 of 2*

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's motion for relief under 28 U.S.C. §2255 (document 29) is DENIED as untimely.  The clerk shall enter judgment and close the file.

SO ORDERED this 20th day of September, 2005.

s/Robert L. Hinkle  
Chief United States District Judge

*Case No: 4:02cr49-RH/WCS and 4:04cv412-RH/WCS*